■ LAWRENCE GOULD et al., Appellants, v INTERNATIONAL PAPER COMPANY et al., Respondents, et al., Defendant. (And a Third-Party Action.)—Yesawich Jr., J. Appeal from an order of the Supreme Court (Viscardi, J.), entered March 11, 1991 in Essex County, which granted a motion by certain defendants for summary judgment dismissing the complaint against them.

Order affirmed, without costs, upon the opinion of Justice Dominick J. Viscardi.

Weiss, P. J., Mikoll, Yesawich Jr. and Crew III, JJ., concur. Ordered that the order is affirmed, without costs.